UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RODNEY BUSH-ROWLAND, | : | |
| Petitioner, | : | Civ. No. 21-19652 (RBK) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | **MEMORANDUM & ORDER** |
| Respondent. | : | |

Petitioner, Rodney Bush-Rowland ("Petitioner" or "Bush-Rowland"), is a former federal prisoner[1] proceeding *pro se* with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. (*See* ECF 4). Respondent filed a response in opposition to Petitioner's § 2255 motion. (*See* ECF 9). Petitioner thereafter filed a reply in support of his § 2255 motion. (*See* ECF 11).

Presently pending before this Court is Petitioner's motion to supplement his reply brief. (*See* ECF 12). This motion will be granted.

Petitioner also filed two letters in this action, on May 6, 2022 and May 10, 2022 respectively, seeking relief from judgment under Federal Rule of Civil Procedure 60(b)(6) in his criminal case, Crim. No. 20-676. (*See* ECF 13 & 14). To the extent that Petitioner seeks relief in *this civil action* from his criminal judgment, seeking such relief currently is improper as this Court has yet to enter any judgment in *this civil action*.[2] Thus, this Court will deny Petitioner's letter requests for Rule 60(b) relief filed at ECF 13 and 14 as prematurely filed.

---

[1] The Federal Bureau of Prisons' ("BOP") online inmate locator indicates that Petitioner was released on February 11, 2022. *See* https://www.bop.gov/inmateloc/ (last visited on December 8, 2022).

[2] The Court also notes Petitioner has in fact also sought such Rule 60(b) relief in his criminal action. (*See* Crim. No. 20-676, ECF 30).

Accordingly, IT IS on this 9th day of December, 2022,

ORDERED that Petitioner's motion to supplement his reply in support of his § 2255 motion (ECF 12) is granted; and it is further

ORDERED that Petitioner's requests for Federal Rule of Civil Procedure 60(b) relief (ECF 13 & 14) are denied in this action as premature; and it is further

ORDERED that the Clerk shall serve this memorandum and order on Petitioner by regular U.S. mail.

s/ Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge